RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
Cynthia S. Hahn
Assistant Federal Public Defender
201 West Liberty Street, Suite 102
Reno, Nevada 89501-2027
Telephone: (775) 321-8451
Facsimile: (775) 784-5369

Counsel for MARCUS ALLEN MARTINEZ

```
FILED          RECEIVED
ENTERED        SERVED ON
         COUNSEL/PARTIES OF RECORD

         OCT 2 4 2012

         CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:08-CR-101-HDM-VPC |
| Plaintiff, | Case No. 3:11-CR-015-HDM-VPC |
| vs. | ORDER GRANTING **STIPULATION TO CONTINUE HEARING RE REVOCATION OF SUPERVISED RELEASE** |
| MARCUS ALLEN MARTINEZ, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Daniel G. Bogden, United States Attorney, and Carla B. Higginbotham, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Cynthia S. Hahn, Assistant Federal Public Defender, counsel for Marcus Allen Martinez, that the Hearing regarding Revocation of Supervised Release scheduled for October 24, 2012 at 10:30 a.m. be continued to 11/29 , 2012, at 10:30 a.m.

The continuance is necessary as defense counsel for Mr. Marcus Allen Martinez will need the additional time, due to the nature of the allegations, in order to attempt to resolve any other

///
///
///

1

matter that may arise should the defendant decide to admit to any of the allegations in the petition. Therefore, the parties agree that good cause exists to continue the hearing and that the 11/29/12 proposed date is within a reasonable time for scheduling the revocation hearing pursuant to Fed. R. Crim. P. 32 (b) (2).

The undersigned defense counsel, has spoken with Mr. Martinez, who is currently in custody, and he agrees with the requested continuance.

DATED this 24th day of October, 2012.

_____
CARLA B. HIGGINBOTHAM
Assistant United States Attorney
Attorney for the Government

_____
CYNTHIA S. HAHN
Assistant Federal Public Defender
Attorney for Marcus Allen Martinez

_____
MARCUS ALLEN MARTINEZ
Defendant

## ORDER

**IT IS HEREBY ORDERED** that the Hearing regarding Revocation of Supervised Release scheduled for **October 24, 2012 at 10:30 a.m.** shall be vacated and continued to 11/29, 2012, at 10:30 a.m. / p.m. in Reno Courtroom 4.

**IT IS SO ORDERED** this 24th day of October 2012.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE

2